■ In the Matter of THOMAS K. KEEFE, on Behalf of CLARENCE HORTON, Petitioner, v HUDSON VALLEY COMMUNITY COLLEGE, Respondent. In the Matter of THOMAS K. KEEFE, on Behalf of CLARENCE HORTON, Petitioner, v CAPITAL DISTRICT EDUCATIONAL OPPORTUNITY CENTER, Respondent.—Application to transfer proceeding to the Supreme Court, Rensselaer County, granted, without costs (see, Executive Law § 298, as amended by L 1985, ch 340). Mahoney, P. J., Main, Weiss, Yesawich, Jr., and Levine, JJ., concur.